# EXHIBIT A

# United States of America

## United States Patent and Trademark Office

# WORRY-FREE PURCHASE

**Reg. No. 7,987,578**

**Registered Oct. 14, 2025**

**Int. Cl.: 36**

**Service Mark**

**Supplemental Register**

Seel, Inc. (CALIFORNIA CORPORATION)
566 Brannan Street
San Francisco, CALIFORNIA 94105

CLASS 36: Guarantee assurance underwriting; providing financial guarantee return assurance of non-returnable retail sales merchandise; Providing return assurance services, namely, financial guarantees for retail sales transactions; Providing buyback assurance services, namely, financial guarantees for retail sales transactions; Providing package delivery assurance services, namely, financial guarantees for package deliveries; Providing extended warranty services for retail products; providing a comprehensive protection plan for the products of others, namely, partial reimbursement of product repair costs and guarantee of product returns

FIRST USE 7-00-2024; IN COMMERCE 7-00-2024

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "PURCHASE"

SER. NO. 98-948,097, FILED P.R. 01-09-2025; AM. S.R. 09-15-2025

DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE