# EXHIBIT B

# United States of America

## United States Patent and Trademark Office

# WORRY-FREE DELIVERY

**Reg. No. 8,006,794**

**Registered Oct. 28, 2025**

**Int. Cl.: 36**

**Service Mark**

**Supplemental Register**

Seel, Inc. (CALIFORNIA CORPORATION)
566 Brannan Street
San Francisco, CALIFORNIA 94105

CLASS 36: Providing package delivery assurance services, namely, financial guarantees for package deliveries; Providing package delivery assurance services, namely, financial guarantees for package deliveries of products purchased through online retail stores

FIRST USE 2-00-2024; IN COMMERCE 2-00-2024

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "DELIVERY"

SER. NO. 98-948,102, FILED P.R. 01-09-2025; AM. S.R. 09-25-2025




DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE