# EXHIBIT C

Gmail

Yue Jiang <jiangyue@seel.com>

## Fwd: Xcotton Shipping Protection Placed Successfully

1 封邮件

**Alexander Nguyen** <alexanderngnguyen835@gmail.com> 2025年10月9日 10:50
收件人： jiangyue@seel.com, "yalu@seel.com" <yalu@seel.com>

---------- Forwarded message ---------
From: <service1@mail.xcottons.com>
Date: Tue, Dec 3, 2024 at 10:03 AM
Subject: Xcotton Shipping Protection Placed Successfully
To: <alexanderngnguyen835@gmail.com>

XCOTTON

Hi alexanderngnguyen835,
We would like to confirm that you have purchased Shipping Protection service successfully for your shipment of order with ( D420009190000047349001; ) .This service protects your items against loss and damage in transit.

**Shipping Protection Details**
Shipping Protection ID: 20241202XSP30558C8EA358
Platfrom FrontId: #4761
Shipping Protection Fee: $25.68

| Item | Price | Quantity | Discouts | SubTotal |
|---|---|---|---|---|
| Eurostar Ultra M-410 - White | 1274.52 | 1 | 0 | 1274.52 |
| Twist Throttle with Grips - Black | 73.46 | 1 | 73.46 | 0 |

If your package is damaged or lost , please report your issue at Xcotton Resolution Center.

We would like to **REMIND** the time limit for issue reporting as below:

All issues must be reported **within 90 days of the order date** .

**Issue of Loss**
If the package is"not delivered"as per the carrier's information, must be reported within 90days after the order date;
If the package is marked "delivered" yet not received, must be reported within 7 days from the time the carrier's information is updated to"delivered";

**Issue of Damage**
If the package is delivered with damage, must be reported within 7 days from the time the carrier's information is updated to "delivered"

You may click here to learn more about Shipping Protection, and read the Terms and Conditions here .

Thank you for choosing Xcotton Shipping Protection. Should you have any questions, feel free to contact support@Xcottons.com

Best wishes,
The Xcotton Team
03/12/2024