# EXHIBIT D

Gmail **Yue Jiang <jiangyue@seel.com>**

# Fwd: Xcotton Shipping Protection Placed Successfully

1 封邮件

**Jeff Green** <jgreen961024@gmail.com> 2025年10月9日 10:51
收件人： yalu@seel.com, "jiangyue@seel.com" <jiangyue@seel.com>

---------- Forwarded message ---------
From: <service1@mail.xcottons.com>
Date: Mon, Nov 25, 2024 at 11:35AM
Subject: Xcotton Shipping Protection Placed Successfully
To: <jgreen961024@gmail.com>

XCOTTON

Hi jgreen961024,
We would like to confirm that you have purchased Shipping Protection service successfully for your shipment of order with ( 770195071402;770195071402; ) .This service protects your items against loss and damage in transit.

**Shipping Protection Details**
Shipping Protection ID: 20241125XSP30605C66A65
Platfrom FrontId: MGW5574
Shipping Protection Fee: $5.65

| Item | Price | Quantity | Discouts | SubTotal |
|---|---|---|---|---|
| A6L ECO Electric Scooter - United States | 279.99 | 1 | 0 | 279.99 |

If your package is damaged or lost , please report your issue at Xcotton Resolution Center.

We would like to **REMIND** the time limit for issue reporting as below:

All issues must be reported **within 90 days of the order date** .

**Issue of Loss**
If the package is"not delivered"as per the carrier's information, must be reported within 90days after the order date;
If the package is marked "delivered" yet not received, must be reported within 7 days from the time the carrier's information is updated to"delivered";

**Issue of Damage**
If the package is delivered with damage, must be reported within 7 days from the time the carrier's information is updated to "delivered"

You may click here to learn more about Shipping Protection, and read the Terms and Conditions here .

Thank you for choosing Xcotton Shipping Protection. Should you have any questions, feel free to contact support@Xcottons.com

Best wishes,
The Xcotton Team
25/11/2024