# EXHIBIT D

发件人：Ng Liang <aliang90@outlook.com>
发送时间：2025年5月13日(周二) 17:58
主　题：SEEL在中国境内被爆涉嫌非法经营保险业务，跨境卖家请警惕风险

**各位跨境卖家同行：**
大家好！

我和各位一样是在Shopify上经营的普通卖家。近日注意到在中国境内有相关媒体报道**SEEL在中国境内涉嫌非法经营保险业务**的消息，SEEL在中国境内可能存在保险经营合规问题！

**我们可能面临的风险：**
**合同可能无效**：SEEL如果没有国内保险牌照，他们提供的"保障服务"可能不受法律保护，我们的商务关系也不被承认。如诉诸法律，法律无法保护。
**保险产品误导**：SEEL在国内的保险销售并不具备保险销售的资质，对产品的宣传不承担法律责任，因此可能在销售中误导和提供虚假信息。
**连带责任风险**：卖家在商品页、购物车、结账页，甚至推广中用了SEEL的"保险"宣传，可能会被认定为**协助非法经营**，惹上麻烦。

**我的个人建议：**
✅ **在SEEL未提供证据证明其在国内不涉嫌非法经营保险业务的前提下，谨慎使用SEEL的保险服务。**
✅ **保留所有合同和付款记录**，万一出事至少能维权。

**相关报道（供核实）：**

**搜狐**
https://m.sohu.com/a/894212024_444669?scm=1019.20001.0.0.0&spm=smwp.srpage.SERP-list.1.1747021770400Ra5qRtC&_trans_=010004_zyllqxtmrfx

**雪球**
https://xueqiu.com/4195703616/334707037?md5__1038=110279f682e-%2BjwDaeKL%2BLDn9dqsLsL%2Bt0Li8trZ%2BwzVqRula4DXaYeka%2B4HbZa2HVsRTkus%2B%2FVlaw%2FankXWaMk%2BWaia9d%2Fal9aJ3P%2BkLKaLKm8a2kLBmaux0ayaCsaQR0%2BYailawSaoVsatl2oTVQb5aLvR9LjaueKd87JZXesqDkAJheJGgeZcmH50o3oqaaV0ca

大家都是辛苦做跨境的卖家，本来利润就薄，**千万别因为第三方违规再亏一笔！**
互相提醒，抱团避坑

祝大家爆单平安！

提醒 添加任务 永久链接 暂缓处理

**SEEL在中国境内被爆涉嫌非法经营保险业务，跨境卖家请警惕风险**

da dauihdian@outlook.com
2:37 上午
info@gadgethyper.com

邮件翻译： Chinese - Simplified → Chinese 翻译

**各位跨境卖家同行：**
大家好！

我和各位一样是在Shopify上经营的普通卖家。近日注意到在中国境内有相关媒体报道**SEEL在中国境内涉嫌非法经营保险业务**的消息，SEEL在中国境内可能存在保险经营合规问题！

**我们可能面临的风险：**

1. **合同可能无效**：SEEL如果没有国内保险牌照，他们提供的"保障服务"可能不受法律保护，我们的商务关系也不被承认。如诉诸法律，法律无法保护。
2. **保险产品误导**：SEEL在国内的保险销售并不具备保险销售的资质，对产品的宣传不承担法律责任，因此可能在销售中误导和提供虚假信息。
3. **连带责任风险**：卖家在商品页、购物车、结账页，甚至推广中用了SEEL的"保险"宣传，可能会被认定为**协助非法经营**，惹上麻烦。

**我的个人建议：**
✅ **在SEEL未提供证据证明其在国内不涉嫌非法经营保险业务的前提下，谨慎使用SEEL的保险服务。**
✅ **保留所有合同和付款记录**，万一出事至少能维权。

**相关报道（供核实）：**

**UNOFFICIAL ENGLISH TRANSLATION OF EXHIBIT F**

From: Ng Liang aliang90@outlook.com

Date: May 13, 2025 (Tuesday) 17:58

Subject: SEEL suspected of engaging in illegal insurance business activities in mainland China — Warning to cross-border sellers

Dear fellow cross-border sellers,

Hello everyone!

I, like many of you, am a regular seller on Shopify. I recently noticed media reports stating that SEEL is suspected of illegally engaging in insurance operations in mainland China, and that there may be compliance issues with SEEL's insurance-related activities within China!

Potential risks we might face:

- No legal protection for cooperation: SEEL may not possess a legal insurance license in China, and the "protection services" they offer may not be legally recognized. Our business cooperation with them may also not be legally acknowledged. If disputes arise, legal protection may not be available.
- Misleading insurance product claims: SEEL may lack qualifications for insurance sales in China. Any promotion of their products may carry legal liability, and could involve misleading claims or false information.
- Chain risk exposure: Product detail pages, cart pages, checkout pages, and even promotions involving SEEL's "protection services" could be considered as assisting illegal business operations, leading to unnecessary legal trouble.

My personal suggestions:

- Unless SEEL can provide evidence proving they are not engaging in illegal insurance operations, please be cautious about using SEEL's insurance services.

- Retain all emails and transaction records, in case legal defense becomes necessary in the future.

Related reports (provided for reference):

Sohu:

https://m.sohu.com/a/894212024_444669?...

Xueqiu:

https://xueqiu.com/4195703616/334707037?...

As fellow cross-border merchants, we all work hard. Let's avoid unnecessary legal disputes arising from third-party risks.

Please stay alert and protect yourselves.

Wishing everyone smooth and successful business!

**Subject:** SEEL suspected of engaging in illegal insurance activities in mainland China — Cross-border sellers please beware of potential risks

**From:** dauihdian@outlook.com

**To:** info@gadgethyper.com

**Dear fellow cross-border sellers,**

Hello everyone!

Like many of you, I am a regular seller operating on Shopify. I recently noticed some media reports in China claiming that **SEEL is suspected of conducting illegal insurance business in mainland China**, and that **SEEL may have compliance issues with insurance operations in China**!

**Potential risks we might face:**

1. **Contracts may be void:** If SEEL does not have an insurance license in China, the "protection services" they offer may not be legally protected, and our business cooperation with them may not be recognized. If legal disputes arise, we may not be protected under the law.
2. Misleading insurance product claims: SEEL may lack qualifications to sell insurance in China. They may not bear legal responsibility for their promotional materials, which could result in misleading claims or false information during sales.
3. Exposure to legal risks: Product pages, shopping carts, checkout pages, or even promotional materials that include SEEL's "insurance" claims could be deemed as aiding illegal operations, potentially leading to legal trouble.

My personal suggestions:

Unless SEEL can provide evidence that it is not conducting illegal insurance business in China, use SEEL's insurance services with caution.

Retain all contracts and transaction records to protect yourself in case any issues arise.