Edwin H. Wheeler (SBN 189991)
CROSS-BORDER COUNSELOR LLP
149 Commonwealth Drive, Suite 1042
Menlo Park, CA 94025
Email:ewheeler@cbcounselor.com

Attorneys for Defendants
XCOTTON CO.,
XCOTTON INSURANCE SERVICES LLC, and
XIAOMIANHUA DIGITAL TECHNOLOGY (SHANGHAI) CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SEEL INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>XCOTTON CO., a California corporation; XCOTTON INSURANCE SERVICES LLC, a California corporation; XIAOMIANHUA DIGITAL TECHNOLOGY (SHANGHAI) CO., LTD., a limited liability company organized under the laws of the People's Republic of China; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No.: 4:26-cv-01359-HSG<br><br>AMENDED STIPULATED REQUEST TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT; ORDER (AS MODIFIED) |

　　　　　WHEREAS Defendants Xcotton Co., Xcotton Insurance Services LLC, and Xiaomianhua Digital Technology (Shanghai) Co., Ltd., (collectively, the "Defendants"), through counsel have requested an extension of the time for Defendants to answer or otherwise respond to the Complaint; and

1

AMENDED STIPULATED REQUEST TO EXTEND TIME TO ANSWER -- 4:26-cv-01359-HSG

WHEREAS, on the condition Defendants waive any objection to the sufficiency of process and service of process, Plaintiff has agreed to an extension of time to answer or otherwise respond to the Complaint consistent with the provisions of Fed. R. Civ. P. 4(d)(3); and

WHEREAS Defendants have agreed to waive any objection to the sufficiency of process and service of process in return for Plaintiff's agreement to the requested extension;

THEREFORE, pursuant to Local Rule 6-2, Plaintiff and Defendants ("the Parties") request that the Court enter an Order extending the time for Defendants Xcotton Co. and Xcotton Insurance Services LLC to answer or otherwise respond to the Complaint for 60 days from the original service date and extending the time for foreign Defendant Xiaomianhua Digital Technology (Shanghai) Co., Ltd. to answer or otherwise respond to the Complaint for 90 days from the original service date.  The Parties further request that the Court modify the Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 10) to reschedule the Initial Case Management Conference, currently set for May 19, 2026, to occur on June 23, 2026.

Pursuant to Local Rule 6-2(a), this request is supported by the accompanying Declaration of Edwin H. Wheeler ("Wheeler Decl."). As set forth in the Declaration, good cause exists for Defendants' request of an extension of time to respond to the Complaint. The Complaint is extraordinarily lengthy, comprising 63 pages and 240 paragraphs. The Complaint asserts fourteen causes of action based on alleged violations of federal statues and California state and common law. Much of the conduct alleged to form the basis for the claims occurred in China. Defendants and counsel require substantial additional time to evaluate the voluminous factual and legal allegations and prepare responses on behalf of each of the three defendants. Wheeler Decl. ¶ 2.

AMENDED STIPULATED REQUEST TO EXTEND TIME TO ANSWER -- 4:26-cv-01359-HSG

There have been no previous time modifications in the case. The requested time modifications would have no material effect on the overall schedule for the case, as the case has just been commenced. Wheeler Decl. ¶ 3.

Respectfully submitted,

Dated: March 31, 2026

/s/ Caleb H. Liang
Caleb H. Liang, SBN 261920
LTL ATTORNEYS LLP
300 S. Grand Ave., Suite 3950
Los Angeles, CA 90071
Tel: (213) 612-8907
caleb.liang@ltlattorneys.com

Attorneys for Plaintiff
SEEL INC.

/s/ Edwin H. Wheeler
Edwin H. Wheeler (SBN 189991)
CROSS-BORDER COUNSELOR LLP
149 Commonwealth Drive, Suite 1042
Menlo Park, CA 94025
Tel: 650-963-4960
ewheeler@cbcounselor.com

Attorneys for Defendants
XCOTTON CO.,
XCOTTON INSURANCE SERVICES
LLC, and
XIAOMIANHUA DIGITAL
TECHNOLOGY (SHANGHAI) CO., LTD.

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The cmc is continued to June 23, 2026 at 2:00 p.m. The zoom information and instructions remain the same as previously provided in docket no. 10. All attorneys and pro se litigants appearing for the case

//

//

//

3

management conference are required to join at least 15 minutes before the hearing to check in with the courtroom deputy.

Dated: 4/1/2026

_Haywood S. Gilliam Jr._
Honorable Haywood S. Gilliam, Jr., U.S.D.J.

AMENDED STIPULATED REQUEST TO EXTEND TIME TO ANSWER -- 4:26-cv-01359-HSG