**LTL ATTORNEYS LLP**
Caleb H. Liang, SBN 261920
Heather F. Auyang, SBN 191776
Kevin B. Kelly, SBN 274145
300 S. Grand Ave., Suite 3950
Los Angeles, CA 90071
Tel: (213) 612-8907
caleb.liang@ltlattorneys.com
heather.auyang@ltlattorneys.com
kevin.kelly@ltlattorneys.com

Attorneys for Plaintiff
SEEL INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| SEEL INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>XCOTTON CO., a California corporation; XCOTTON INSURANCE SERVICES LLC, a California company; XIAOMIANHUA DIGITAL TECHNOLOGY (SHANGHAI) CO., LTD., a limited liability company organized under the laws of the People's Republic of China; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: 4:26-cv-01359-HSG<br><br>DECLARATION OF CALEB LIANG IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANTS<br><br>Date: July 16, 2026<br>Time: 2:00 p.m.<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2<br><br>Action Filed: February 13, 2026<br>Trial Date: Not Set |

**DECLARATION OF CALEB LIANG**

I, Caleb Liang, declare as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and before this Court. I am a partner at LTL Attorneys LLP, counsel of record for Plaintiff Seel Inc. ("Seel" or "Plaintiff") in this action. I submit this declaration in support of Seel's Motion for Preliminary Injunction against Defendants Xcotton Co., Xcotton Insurance Services LLC, and Xiaomianhua Digital Technology (Shanghai) Co., Ltd. (collectively, "Defendants"). I make this declaration based on my personal knowledge and on information available to me through my representation of Seel in this matter, including my review of documents produced and gathered during the investigation underlying this motion. If called as a witness, I could and would testify competently to the matters set forth herein.

2. I was retained by Seel in or around December 2025 to file a federal action and pursue injunctive relief against Defendants. Between retention and filing, my team and I: (a) conducted a thorough review and analysis of the factual record; (b) compiled and authenticated Seel's extensive evidentiary record including digital forensic evidence, server logs, screenshots, merchant communications, WeChat messages, and corporate records; (c) obtained certified English translations of numerous Chinese-language documents; (d) coordinated with Chinese counsel regarding fabricated regulatory complaints; (e) prepared the Complaint; (f) prepared several declarations with supporting exhibits; and (g) prepared the instant Motion for Preliminary Injunction.

3. Each of these steps was necessary to present the Court with the thorough factual record required for preliminary injunctive relief. The interval between retention and filing reflects diligent prosecution, not delay.

4. Certain exhibits attached to this motion and to the declarations filed in support contain Chinese-language materials. Each such exhibit is accompanied by a certified English translation, with the translator's certification of accuracy appended to the end of each translated exhibit. All translations were prepared by Lingling Martin of Ko & Martin, a highly qualified professional interpreter and translator holding California State Certified Court Interpreter

certification #301082, Texas State Licensed Court Interpreter license #1608, Washington State Certified Court Interpreter certification #10760, U.S. Federal Court approval, and more than 14 years of experience, including prior U.S. State Department contract interpreting and instruction in UCLA Extension's Legal Interpretation and Translation Certificate Program (English-Chinese).

5. Attached hereto as Exhibit 23 are true and correct copies of the following publicly available corporate filings, which I had my team obtain from the California Secretary of State's online business records database in or around January 2026: (a) the Articles of Incorporation for Xcotton Co. (Entity No. 5885731), filed August 30, 2023; (b) the Statement of Information for Xcotton Co. filed August 29, 2025; (c) the Statement of Information for Xcotton Co. filed January 26, 2026; (d) the Articles of Organization for Xcotton Insurance Services LLC (Entity No. 202565616788), filed February 3, 2025; and (e) the Statement of Information for Xcotton Insurance Services LLC filed February 4, 2025.

6. Attached hereto as Exhibit 24 is a true and correct copy of a record obtained from the California Department of Insurance on March 24, 2026, confirming Xcotton Insurance Services LLC's registration status. I had my team obtain these records from the Department's public license lookup database.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 29, 2026, at Los Angeles, California.

/s/ Caleb Liang

Caleb Liang